O

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>TERRY F. ZDUN; CAROL J. ZDUN; GARY TEDDER, as trustee of the JOE STONE TRUST, as nominee of TERRY F. ZDUN; and SAMUEL WARNER, as trustee of the JOE STONE TRUST, as nominee of TERRY F. ZDUN,<br><br>     Defendants. | Case No. EDCV 12-476 VAP (DTBx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**[Motion filed on November 29, 2012]** |

  Before the Court is a Motion for Default Judgment (Doc. No. 20) ("Motion") filed by Plaintiff United States against Defendants Terry F. Zdun; Carol J. Zdun; Garry Tedder, as Trustee of the Joe Stone Trust, as nominee of Terry F. Zdun; and Samuel Warner, as trustee of the Joe Stone Trust, as nominee of Terry F. Zdun (collectively, "Defendants").  The Court finds the Motion appropriate for resolution without a hearing.  <u>See</u> Fed. R. Civ. P.

78; Local Rule 7-15.  After consideration of the papers in support of the motion, the Court GRANTS the Motion.

On April 2, 2012, Plaintiff United States of America filed a Complaint (Doc. No. 1) seeking foreclosure of federal tax liens against a property located in Santa Barbara County, California (the "Property").  The property is nominally owned by the Joe Stone Trust, having received it from the Zdun Family Trust shortly after Terry F. Zdun and Carol J. Zdun signed an agreement with the IRS in which they acknowledged that the Zdun Family Trust was their alter-ego, that it will be disregarded for federal tax purposes, and that its assets are assets of the Zduns.  (Mot. at 1-2).

According to Plaintiffs, the Zduns fraudulently transferred property to the Joe Stone Trust as a means of evading tax liabilities owed for tax years 1997-2007, including all penalties for 2001-2007.  (See Compl. ¶¶ 15-17, 25-26.)  Plaintiffs request the Court enter judgment that this transfer was fraudulent, that the Joe Stone Trust holds title to the property as nominees of the Zduns and that, as a consequence, the federal tax liens attach to the property, and that these liens are foreclosed to satisfy the Zduns' outstanding debts to the Plaintiff.

1   Defendants filed no timely response to Plaintiff's
2   Complaint, and accordingly the Clerk entered a Default
3   against Defendants Terry F. Zdun and Gary Tedder on May
4   17, 2012 (Doc. No. 11) and against Defendants Carol J.
5   Zdun and Samuel Warner on June 12, 2012 (Doc. No. 16).
6
7   On November 29, 2012, Plaintiff filed the instant
8   Motion, a Proposed Judgment (Doc. No. 20-1), Plaintiff's
9   Evidentiary Submissions in support of the Motion,
10  including the Declaration of Andrew T. Pribe, Plaintiff's
11  attorney (Doc. No. 20-2), and a Memorandum in Support of
12  the Motion (Doc. No. 21).
13
14  The Courts GRANTS Plaintiff's Motion and hereby
15  orders the foreclosure of the federal tax liens against
16  the property; the sale of the property in accordance with
17  the provisions of Title 28, United States Code, Sections
18  2001 and 2002; and the distribution of the proceeds,
19  first to the Santa Barbara County Tax Collector toward
20  any outstanding real property tax liens, and second to
21  Plaintiff in satisfaction of its federal tax liens.  Any
22  surplus shall be deposited into the registry of the Court
23  pending further order of the Court.
24
25
26  Dated: <u>January 9, 2013</u>    _____
27                                         VIRGINIA A. PHILLIPS
                                       United States District Judge
28

3